# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. JORGE ALEJANDRO LUNA-VICTORIA, Defendant. | Crim. Case No. 14cr3181-MMA<br><br>**ORDER AND JUDGMENT OF DISMISSAL**<br><br>[Doc. No. 24] |
|---|---|

Upon application of the United States, and good cause appearing,

**IT IS HEREBY ORDERED** that the Indictment in the above-captioned case against JORGE ALEJANDRO LUNA-VICTORIA be dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: July 16, 2015

*[signature]*

HON. MICHAEL M. ANELLO
United States District Court